IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GARRICK MILLER                                                                  PETITIONER

V.                                                           CIVIL ACTION NO. 1:25-CV-00142-SA-RP

HEAD WARDEN ANGELENA JOHNSON                       RESPONDENT

## ORDER

This matter comes before the Court on Respondent's motion [28] for additional time to file an answer or other responsive pleading to Petitioner Garrick Miller's petition for a writ of habeas corpus filed under 28 U.S.C. § 2254. Upon due consideration, and for good cause shown, the Court finds the instant motion [28] is well-taken and is, therefore, **GRANTED**. Accordingly, Respondent has through and including December 30, 2025, in which to file an answer or other responsive pleading to Miller's habeas petition.

**SO ORDERED**, this the 17th day of November, 2025.

                                                                    /s/ Roy Percy
                                                                    UNITED STATES MAGISTRATE JUDGE