IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GARRICK MILLER                                                    PETITIONER

V.                                              CIVIL ACTION NO. 1:25-CV-00142-SA-RP

HEAD WARDEN ANGELENA JOHNSON                          RESPONDENT

FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, the petitioner's federal habeas petition is DENIED, and this matter is DISMISSED WITH PREJUDICE. A certificate of appealability from this decision is DENIED. Petitioner's pending motions [34, 35, 41, 44, 45] are DENIED.

THIS the 7th day of July, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE